UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL F. SOARES,<br>　　　　Plaintiff,<br>　　v.<br>NYTIS EXPLORATION COMPANY, et al.,<br>　　　　Defendants. | Case No. 18-cv-04446-NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

Pro se plaintiff Paul F. Soares sued defendants NYTIS Exploration Company, NYTIS Exploration (USA), Inc., and Kenneth P. McDougal over mineral rights, claiming they unlawfully drilled oil on his property. *See* Dkt. No. 1. In August of this year, the Court dismissed Soares's complaint with leave to amend by September 7, 2018 or the lawsuit will be dismissed. *See* Dkt. No. 8. Soares has not amended his complaint.

Accordingly, the Court ORDERS Soares to show cause why this case should not be dismissed. Soares must file a response to this order or an amended complaint by October 31, 2018. Otherwise, the Court will dismiss the case.

**IT IS SO ORDERED.**

Dated: October 16, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　United States Magistrate Judge